1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TAHEE ABDULLAH RASHEED,

11          Plaintiff,                         No. CIV S-10-0013 DAD P

12      vs.

13   DEPARTMENT OF JUSTICE, et al.,            ORDER

14          Defendants.

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. §

17   1983, 42 U.S.C. §§ 3769a(b) and 3769b(a)(1), and California Penal Code § 1170.12.  Plaintiff

18   has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

19          By an order filed May 25, 2010, the court denied plaintiff's application to proceed

20   in forma pauperis on the basis that the "three strikes" provision of the Prisoner Litigation Reform

21   Act bars the court from granting him that status.  Order (Doc. No. 5), filed May 25, 2010 (citing

22   28 U.S.C. § 1915(g)).  Plaintiff was ordered to pay the $350.00 filing fee, within thirty days, or

23   this action would be dismissed.  The thirty-day period has now expired, and plaintiff has not paid

24   the filing fee or otherwise responded to the court's order.

25   /////

26   /////

1

1          Accordingly, IT IS HEREBY ORDERED that this action be dismissed without

2   prejudice.

3   DATED: July 7, 2010.

4

5   _____

    DALE A. DROZD

6   DAD:4                              UNITED STATES MAGISTRATE JUDGE

    rash0013.dism

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26